**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| *AMERICAN HOME ASSURANCE COMPANY, as subrogee of FOREST RIVER, INC.,* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 3:21-cv-00252-JD-MGG |
| *MAKITA CORPORATION OF AMERICA, and MAKITA U.S.A., INC.,* | ) | |
| Defendants. | ) | |

# INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO STRIKE OPINIONS AND TESTIMONY OF FRED HACKETT AND BRIEF IN SUPPORT OF SAME


Exhibit 1
Elkhart Fire Department Incident Report ..... 2
Exhibit 16 ("Arson Report")
Elkhart Police Department Arson Report ..... 2, 6, 7
Exhibit 17
Drone Overview ..... 2
Exhibit 125
Plaintiff's Expert Disclosures ..... 3
Exhibit 125A
Plaintiff's First Amended Expert Disclosures ..... 3
Exhibit 127 ("Hackett Report")
Hackett's Expert Report ..... 4, 17, 18, 19, 21, 23
Exhibit 130F
December 2022 Invoice ..... 5, 17, 23
Exhibit 136—NFPA 921
Witness Observations ..... 6, 9
Exhibit 137
NFPA 921 4.3.8 Avoid Presumption; 4.3.9 Expectation Bias ..... 3, 4, 28
Exhibit 138
Hackett Interview Notes ..... 3, 19
Exhibit 141
Hackett Map (notes) ..... 17

Exhibit 151
Whistler's Diagram (Annotated with Testimony) ........ 19
Exhibit 152
Whistler's Diagram Recreation Annotated ........ 18
Exhibit 156
Whistler's Testimony re Size of Fire ........ 19
Exhibit 165
Adam Zimmer's Diagram (Annotated) ........ 22
Exhibit 169
Horton Recreation Diagram (Annotated) ........ 23
Exhibit 179
Shaffer's Recreation Diagram (Annotated) ........ 18
Exhibit 182
Tanner's Diagram (Annotated) ........ 20
Exhibit 232
Johnson Scene Grid Map Hypothetical ........ 8
Exhibit 235
Johnson Tool Crib Plan View Hypothetical ........ 7, 9, 15, 26
Exhibit A ("Shaffer")
Deposition Testimony of Larry Shaffer ........ 2, 8, 18
Exhibit B ("Hackett")
Deposition Testimony of Fred Hackett ........ *passium*
Exhibit C-1 ("Eskra I")
March 7, 2023 Deposition of Michael Eskra ........ 13, 16
Exhibit C-3 ("Eskra III")
May 18, 2023 Deposition of Michael Eskra ........ 4, 10
Exhibit D ("T.Johnson")
Deposition Testimony of Tim Johnson ........ 5, 6, 7, 15, 16
Exhibit E ("Kistler")
Deposition Testimony of Lanny Kistler ........ 6, 11, 27
Exhibit F ("Horton")
Deposition Testimony of Gary Horton ........ 8, 22
Exhibit G ("Zimmer")
Deposition Testimony of Adam Zimmer ........ 8, 21
Exhibit H ("Tanner")
Deposition Testimony of Brandon Tanner ........ 8, 18, 20
Exhibit I ("Whistler")
Deposition Testimony of David Whistler ........ 8, 19
Exhibit J ("Null")
Deposition Testimony of Derek Null ........ 8, 24
Exhibit K ("Kaps")
Deposition Testimony of Steven Kaps ........ 3, 15, 16, 19