THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, as subrogee of Forest River, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>MAKITA CORPORATION OF AMERICA, and MAKITA U.S.A., INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No.: 3:21-cv-00252-DRL-MGG |

**INDEX OF EXHIBITS TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE OPINIONS AND TESTIMONY OF MICHAEL ESKRA AND BRIEF IN SUPPORT OF SAME**

**Exhibit 2** – Elkhart Fire Department Event Report

**Exhibit 259 --** Eskra Report

**Exhibit 297** – Brand, et al, article dated November 17-20, 2013

**Exhibit 299 –** Chinese Journal of Chemistry, 2008, 26, 1585-1588

**Exhibit 301 –** ECS Transactions, 69 (20) 1-22 (2015)

**Exhibit 302 –** ECS Transactions, 74 (1) 31-36 (2016)

**Exhibit 303 –** Erol, et al – 2014 Copy

**Exhibit 304 –** Guo, et al – 2016 Copy

**Exhibit 305 --** He, et al – 2013 Copy

**Exhibit 306 --** Journal of Electrochemical – 2000 Zhao-2874-9 Copy

**Exhibit 307 –** Jeevarajan, et al – 2013 Copy

**Exhibit 311 –** Love and Gaskins – 2012 Copy

**Exhibit 312 --** Mao – 2004 Copy

**Exhibit 314 --** Mikolajczak, et al – Exponent – 2007 Copy

**Exhibit 315 –** Nagourney, et al – 2020 Copy

**Exhibit 316 –** Oh, et al – 2014 Copy

**Exhibit 324 –** Zheng, et al – 2016 Copy

**NEW EXHIBITS**

**Exhibit A-I –** Eskra Deposition – March 7, 2023

**Exhibit A-II –** Eskra Deposition – May 1, 2023

**Exhibit A-III –** Eskra Deposition – May 18, 2023

**Exhibit B** –Hackett Deposition

**Exhibit C** – Sacco Deposition

**Exhibit D** – Reagan Deposition

**Exhibit E –** Johnson Deposition