EXHIBIT

133



**18.1.2** Determination of the origin of the fire involves the coordination of information derived from one or more of the following:

(1) *Witness Information and/or Electronic Data.* The analysis of observations reported by persons who witnessed the fire or were aware of conditions present at the time of the fire as well as the analysis of electronic data such as security camera footage, alarm system activation, or other such data recorded in and around the time of the fire event
(2) *Fire Patterns.* The analysis of effects and patterns left by the fire *(see Chapter 6)*
(3) *Arc Mapping.* The analysis of the locations where electrical arcing has caused damage and the documentation of the involved electrical circuits *(see Section 9.10)*
(4) *Fire Dynamics.* The analysis of the fire dynamics [i.e., the physics and chemistry of fire initiation and growth *(see Chapter 5)* and the interaction between the fire and the building's systems *(see Chapter 7)*]