

**18.3.3.15 Witness Observations.** Observations by witnesses are data that can be used in the context of determining the origin. Such witnesses can provide knowledge of conditions prior to, during, and after the fire event. Witnesses may be able to provide photographs or videotapes of the scene before or during the fire. Observations are not necessarily limited to visual observations. Sounds, smells, and perceptions of heat may shed light on the origin. Witness statements regarding the location of the origin create a need for the fire investigator to conduct as thorough an investigation as possible to collect data that can support or refute the witness statements. When witness statements are not supported by the investigator's interpretation of the physical evidence, the investigator should evaluate each separately.

**18.8.3 Eyewitness Evidence of Origin Area.** If the origin is too large to be useful, then the determination of the fire's cause may become very difficult, or impossible. In some instances, where no further testable origin hypothesis can be developed by examination of the scene alone, a witness may be found who saw the fire in its incipient stage and can provide the investigator with an area of fire origin.