# A Scientific Methodology for Investigation of a Lithium Ion Battery Failure

Celina J. Mikolajczak, P.E.
Troy Hayes, Ph.D., P.E.
Marcus V. Megerle
Ming Wu, Ph.D., P.E.

Exponent Failure Analysis Associates
149 Commonwealth Drive
Menlo Park, CA  94025



*Abstract*–**Lithium-ion (rechargeable) batteries of various capacities and form factors appear in increasing varieties of consumer products including laptop computers, cellular telephones, digital cameras, portable music players, mini DVD players, children's toys, and cordless power tools. On occasion, the batteries in these products fail in a manner that includes overheating, case rupture, and even flaming combustion. Exponent has developed a systematic approach to lithium-ion battery failure investigations that has proven useful in identifying the root cause(s) of these failures. This approach includes collecting information about the incident, dissecting the remains of the incident device and battery pack, conducting visual, X-ray, and scanning electron-microscope examinations of failed and exemplar cells, and electrical testing of charging and battery protection system components. In this paper, we discuss the general approach developed, and provide examples of its application.**

## I. INTRODUCTION

Lithium-ion (Li-ion) battery failures may be induced by external forces such as severe mechanical damage or fire attack. In other cases, they are the result of problems involving the charge, discharge, or cell protection circuitry. In still other cases, field failures are caused by internal cell faults that result from rare and subtle manufacturing problems. The fact that batteries can fail on rare occasion in an uncontrolled manner due to manufacturing defects has recently gained an increase in public awareness as a result of two very large product recalls of portable computer batteries [1-4].

Differentiating between the potential cause(s) of field failures can be difficult and often involves considerable effort, particularly when the product or system has been heavily damaged. When attempting to identify the root cause of a failure, it is important to answer a number of questions:

- Did the battery cause the incident?
- Did the battery or system design contribute to the failure?
- Did the battery fail due to an internal cell fault?
- What was the specific cause of the internal cell fault?

Anecdotally, the typical observed failure rate of cells (those not falling into a batch with an elevated rate of failure) due to internal cell faults is commonly quoted in the industry to be less than 1 in 1 million cells. Cell failure rates vary by manufacturer, battery model, electrode materials, electrolyte chemistry, and type of application (among other factors), but are generally between 1 in 1 million, and 1 in 10 million among cells sold in the US. If the cause(s) of an internal fault can be determined, it not only assists in determining whether the cell belongs to a batch with an elevated failure rate, and therefore, whether a recall may be warranted, but the cell manufacturer can also use this information to improve the manufacturing process; thus, reducing the likelihood of future failures.

Exponent has developed a systematic approach to Li-ion battery failure investigations that has proven useful in identifying the particular cause(s) of any given field failure. This includes collecting information about the incident, dissecting the remains of the incident system and battery pack, conducting visual, X-ray, and electron-microscope examinations of failed and exemplar cells, and electrical testing of charging and battery protection system components. This paper will focus primarily on the processes we use to document and evaluate problems that originate within a Li-ion cell.

## II. METHODOLOGY

When a battery pack failure occurs, information useful to the investigation can generally be collected from the end user's description of the background of the device and the events of the incident, as well as from the incident site. Ideally, the user can provide information on the device background, usage history, and the incident itself. Typical information includes:

- Length of time the battery had been in service;
- State of the system at the time of the incident (plugged in or not, for how long, on or off);
- Usage environment (hot, cold, humid, vibration);
- Extenuating factors such as liquid spills, dropped systems, or recent repair activities;
- Observations during or after the incident; and
- User's actions in response to the incident.

Any photographs taken by the end user can also yield useful information about the incident.

1-4244-1039-8/07/$25.00 ©2007 IEEE

Systematic inspection of the incident site and careful documentation of the surroundings of the physical evidence present an opportunity to gather valuable information to determine the root cause of an energetic product failure. NFPA 921 "Guide for Fire and Explosion Investigations" [5] provides a recognized guide for the investigation of fire and explosion sites, and objects involved at such scenes. Though conducting such an investigation is ideal, it is often not possible because the site has already been cleaned up, or significantly altered by the time the investigation begins (incident investigations involving Li-ion battery failures are generally initiated after a customer calls a customer service line to inform a company of a product failure). Photographs provided by the end user, if any, should be examined carefully for evidence of factors that might have initiated a battery failure, and damage patterns evaluated for consistency with the described incident and product involved. For example, one laptop computer investigation revealed that the laptop had been stored next to a wood-burning stove that had been heating the house at the time of the incident. Later testing demonstrated that heat from the wood-burning stove would overheat the laptop battery sufficiently to initiate thermal runaway of the cells.

## A. Recovery of Physical Evidence

Physical objects identified as important to establishing the cause of the battery failure must be considered evidence and handled appropriately to establish the chain-of-custody and to protect the evidence from spoliation. ASTM E1188 [6] provides guidelines for evidence collection and preservation. Guidelines for labeling physical evidence and related documentation are provided in ASTM E1459 [7]. Parts can separate from the main unit during or after a battery failure. The investigator should make an effort to retrieve all of the cells, printed circuit boards, and chips associated with the battery.

The state of a system and its associated battery pack after a battery incident may pose safety or health hazards that need to be identified and mitigated. For example, a battery case rupture may lead to leakage of cell electrolyte, which is irritating to the skin. In a multi-cell pack, such as found in a laptop computer, some battery pack cells might have reacted while other cells are damaged but remain fully charged and possibly susceptible to shorting. A failed system or battery pack does not comply with UN and US DOT shipping exemptions for normal battery packs. Depending upon its condition, a failed system or battery pack may need to be treated as hazardous material for shipping purposes. Personnel certified according to US DOT Hazardous Material Training are required for declaring, labeling, packaging, and shipping hazardous materials in the US.

## B. System Examination

It is important to thoroughly document the condition of the system upon receipt, both for establishing the chain-of-custody and to provide clues as to the root cause of the incident. The unit should be examined and photographed from all sides. Additional examination and photographs should be taken of damage patterns such as soot deposits, regions of charring, and evidence of melting. These patterns can help the investigator determine the orientation and state of the unit at the time of the incident. For example, an examination of a power cord and the device's power inlet port can indicate whether it was plugged into the unit at the time of the incident. If examining a flip type cell phone, laptop, or any other device that can be opened and closed, the incident unit should be opened, if possible, so that the screen and other internal components (keyboard, touchpad, etc.) can be examined and photographed. Witness marks in the form of heat damage or smoke patterns will generally indicate whether the unit was opened or closed at the time of the incident. Device and battery pack serial numbers should be noted for later follow-up with manufacturers.

## C. Reconstruction

If the incident unit is not fully assembled when received, the investigator should reconstruct the system, if possible, by placing the appropriate parts into the system in their original location and/or orientation without introducing any additional damage or altering the condition of the evidence (Fig. 1). This is often necessary when Li-ion batteries have experienced thermal runaway events such that one or more cells have been separated from the system during the incident. Comparison to an exemplar battery pack and/or system is useful to complete this procedure.

## D. Pack X-Ray

After a visual examination and possible reconstruction, the battery pack should be examined using X-ray. For incident units that experienced extensive melting, or for devices where the battery pack cannot be easily removed, it may be necessary to place the entire system in the X-ray for the examination. X-ray images should be taken to allow for a complete view of the assembled battery pack. The X-ray images should be examined closely for internal damage to the cells and pack protection circuitry. Although these components will be examined in more detail upon subsequent disassembly, the overall view of the damage pattern and physical relationship between the damaged cells and surrounding parts generally offer important clues as to the initiation point(s) of the incident and the sequence of the thermal runaway events in a multiple-cell configuration (Fig. 2). In addition, such X-rays can provide guidance on how to disassemble a system or pack for further examination without compromising key internal components.



Fig. 1.  Failed battery pack (4 cells depicted).



Fig. 2.  Likely direction of fault propagation from the initiating cell to surrounding cells.

### E. Opening the Battery Pack

To determine the cause of a failure, it is generally necessary to open a damaged battery pack, extract and examine the remains of the cells, the battery protection printed circuit board(s) (PCBs), and any fuses or thermal cut-off devices.  This examination is destructive and should only be conducted after all appropriate parties have been contacted, and an examination of the overall pack X-rays and/or an exemplar unit has been made so as to minimize the likelihood of damage to key components.

The disassembly process should be conducted carefully, and any abnormalities noted and documented.  During the disassembly of one unit, Exponent found evidence it had been previously disassembled and rendered inoperable by the process.  This observation, in combination with heat and burn patterns that indicated an external flame attack, suggested the incident was likely the result of a deliberate attempt by the owner to have a mechanically broken unit replaced after claiming it had suffered a battery failure.

### F. Individual Cell Examinations

Once the battery pack case has been removed to expose the cells, the appearance of the cells should be documented and the cells uniquely marked for future identification.  While still connected, if possible, in-circuit cell-block voltages and impedances should be measured.  The cells should then be disconnected from the protection PCB and then from each other.  In multi-cell systems, it is important to cut the wires in the order of highest to lowest potential.  This procedure prevents the possibility of blowing fuses or causing other damage to the cells and the protection PCB, and is the safest way to handle potentially charged cells.  Since the insulation on cells and connecting wires is often compromised during an incident, it is important to be careful not to create an external short circuit while handling the cells (e.g., with cutting tools).

Once the cells have been separated, they should be examined and photographically documented.  It is particularly important to find and record any surviving cell serial numbers.  Since cell serial numbers normally include a date code for cell manufacture (and sometimes a particular line code), this information can be used by the cell manufacturer to retrieve data about the production history of particular cell lots, and used to identify exemplar cells from the same date code for follow-up examinations.  In addition, should the conclusion be reached that a cell recall is warranted; cell date codes can help bound the population of cells to be recalled.

The cell enclosure should be examined for signs of mechanical deformation.  Denting a cell can create immediate or delayed shorting resulting in subsequent thermal runaway of the cell.  Exponent has observed dents created during battery pack assembly processes that ultimately led to cell failures.  Note that dents in incident cells are often created by post-incident handling (e.g., extinguishing the fire, collecting and shipping the remains, etc.) and that not all cell case dents result in cell failure.  Before a failure can be attributed to pre-incident mechanical damage, evidence must be found that the dent caused shorting of the cell windings.  This is generally done through examination of cell X-rays, CT scans (discussed later), or by unrolling the cell windings.

The voltages, weights, and impedances of the individual cells should be measured.  These measurements can help determine whether a cell vented during the incident, whether internal protections activated, whether the cell separator was

heat damaged, and/or what the state of charge was at the time of the incident.

*1) Cell X-Rays:* Detailed X-rays of each cell should be taken at two or more planes at different angles depending on the cell type. Exponent has found X-rays showing the cell from the top (as oriented in the battery pack), as well as at other angles useful to resolve different regions of cell winding disturbances. Analysis of detailed X-rays is crucial in determining the sequence of thermal runaway (in a multi-cell pack) and in developing a theory for the cause(s) of the initial cell failure. The windings of a cell that initiated a failure in a multi-cell pack often appear comparatively lightly damaged in X-rays, while the windings of cells that reacted later show sites of greater damage including resolidified glob-ules throughout those cells. Little melt damage occurs in the initiating cell because this cell was at, or near, the ambient operating temperature when it began reacting. Much of the energy from this cell is consumed by the shorting event itself, and in self-heating to the critical temperature where thermal runaway occurs. Once the separator melts, there is less energy left in the cell to cause additional pronounced shorting events in that cell. The reaction of the initiating cell increases the temperature of the neighboring cells. The separators of these cells consequently melt while these cells are still at or near their initial state of charge. This results in substantial shorting (melting) throughout the cell and an overall greater degree of internal disturbance.

X-rays showing all the internal leads in profile and the alignment of all cell windings near the cell ends are useful. Malformed leads and misaligned windings are believed to have led to a number of internal cell failures. These types of manufacturing defects can be caused by problems with the machinery used to assemble cells, and if so, occur repeatedly, to various degrees of severity, in cells manufactured within the same time frame. Thus, even if these features are no longer visible in reacted cells (as a result of melting or deformation during cell venting), examining non-reacted cells from the same time frame can be fruitful. During one investigation, Exponent found severely malformed internal positive (cathode) leads were appearing in approximately 10% of cells manufactured in a particular time period. In some cases, these leads were being pinched in the cell cap assembly, a situation that could lead to an internal cell fault. The fact that cells from that period of manufacture were suffering a much higher than normal rate of incidents, in combination with damage patterns in incident cells consistent with faults in the areas of the malformed leads, led to the conclusion that the malformed leads were the cause of the failures. This analysis led to a recall, and an improvement of the manufacturer's assembly process to prevent future failures of this kind.

*2) Cell CT Scans:* Through pack level and individual cell X-rays, it is generally possible to determine which cells in the pack were likely the initiating cells. Prior to dissecting these cells, they are often nondestructively examined using computed tomography scanning (CT scanning). CT scanning is an excellent tool for determining the point(s) or region of faulting within an initiating cell. With this technique, X-rays are taken along a line rather than being integrating through the entire volume of the object. An image representing a planar slice of the object is then reconstructed by mathematically combining data from multiple X-rays taken in the same plane but at different angles. Typical voxel[1] dimensions are in the 20 to 80 micron range. The voxel dimensions are on the order of the dimensions of the cell layers as well as potential contaminants.

A full set of cell CT scans provides a three-dimensional view of the damage within the cell. These scans show where the internal windings are distorted, torn, or melted, whether cell enclosure corrosion has occurred, whether the cell has experienced severe over-discharge, and a variety of internal defects that may otherwise go undetected. CT scanning is particularly useful for cylindrical cells that have experienced significant damage upon venting, such that cell unrolling is not possible. Fig. 3 is an example of a single CT scan cross-section from a cylindrical cell. The initial shorting location is visible as a bright spot in the scan.



Fig. 3. CT scan from a cylindrical cell – bright spot to the right of the center tube indicates the initiating shorting location.

*3) Cell Disassembly:* Exponent uses two types of cell disassembly approaches in its failure investigations. The most commonly used approach is a cell "unrolling," where the cell case is removed and the windings are either unrolled (wound cells) or separated (stacked cells) and examined. This is an important step when trying to identify a specific point of failure in reacted cells, or manufacturing defects in exemplar cells. The dissected cells are examined throughout the process of disassembly using a high-resolution digital camera, stereomicroscopy and scanning electron microscopy (SEM) as appropriate. Fig. 4 is an example of a contaminant found on top of the cell winding in an exemplar cell, during the disassembly process.

---

[1]    A voxel is a volume element with a pixel as the base.



Fig. 4.  Particle contamination on top of cell winding – particle had similar morphology to burrs found on the cap assembly (lower left SEM image).

Although the aluminum electrodes are often melted throughout an incident cell because of thermal runaway, the copper electrode only melts at regions of direct shorting. Hard shorting points are typically characterized by regions of resolidified copper or a hole with thickened edges on the copper current collector.

The second cell destructive examination approach involves filling a cell with an epoxy resin, and then cross sectioning the cell and examining the windings using optical and scanning electron microscopy (SEM) and energy dispersive spectroscopy (EDS).  Cross-sectioning allows identification of electrode degradation, dendrite growth through the separators, and internal contaminants within the active materials that may not be visible otherwise (Fig. 5).



Fig. 5.  Cell cross sectioning reveals stainless steel contaminant in electrode material.

### G. Protection Circuitry Examination

Once the protection PCB has been removed from a battery pack, it should be visually examined, X-rayed, and then cleaned.  X-ray examination can reveal any melting of copper traces that are generally associated with propagating board fault failures.  Propagating board faults can heat nearby components and cells, potentially causing the cells to go into thermal runaway.  X-ray images can also reveal the state of the three-terminal fuse, which may be damaged from direct thermal exposure associated with venting of the adjacent cells, or may signify an over-current failure within the PCB. A thorough discussion of propagating board faults and protection PCB evaluations is available in the literature [8].

The protection circuitry can also be a source of information about the pre-incident condition of the battery pack.  Some protection PCBs contain an EEPROM chip that stores data such as cycle count, remaining full charge capacity, maximum temperature encountered by the pack, etc., all of which may prove useful for conducting failure analysis of the pack. Data should be retrieved from the PCB, if possible, either by direct connection to the PCB if damage is minimal, or by transplanting the EEPROM chip to an exemplar PCB.

### H. Working with Data from the Battery Manufacturer

Involving the cell manufacturer in an investigation increases the likelihood of determining failure cause(s), and identifying potential problems that may be associated with a particular batch of cells.  The cell manufacturer should examine production data from around the time of the incident cell, and report any abnormally high reject rates, manufacturing changes, supplier changes, or production rate upsets.  Of particular interest are the failure rates of the high potential (Hi-pot) and open circuit voltage (OCV) tests, and any investigations of cells that failed these tests.  The manufacturer should be asked whether they retained any cells from the period of interest (for example, OCV reject cells), and whether these are available for examination.  As a theory

of the failure mode develops, the manufacturer should describe relevant manufacturing processes so an understanding can be developed of how a particular type of fault could have occurred and the likelihood of additional field failures. These evaluations can lead to suggestions for manufacturing improvements and other corrective actions.

### I. Examination of Exemplar Cells

The cell or product manufacturer may have access to cells from packs returned as a result of any number of non-energetic failures (e.g., the pack simply stopped working, had a prematurely reduced capacity, etc.). Some of these field returns may have resulted from an internal block imbalance caused by an internal short in one cell of the pack. Some pack protection circuitry is designed to sense such a mis-match and permanently disable the pack. Examining cells from block-imbalanced packs to determine the cause of the weak cell can assist in identifying the cause of an energetic failure in a multi-cell battery pack.

Examination of cells from an incident cell lot (and similar lots) can also prove instructive, even if the exemplar cells show no obvious symptoms of failure. In one investigation, Exponent found partially detached burrs on the cap assemblies of cylindrical cells. Exponent also found metallic fragments consistent with the cap assembly burrs resting on the tops of exemplar cell windings (Fig. 4). The cells from that particular manufacturing time frame were being exam-ined because they had suffered a greater than expected failure rate. Examination of the incident cells suggested the faults were initiating near the cell caps. Examination of cells out-side of the manufacturing time frame of the incident cells showed the cap assembly burrs did not occur in these produc-tion cells, and that the cell cap burrs were the likely cause of the failures.

### J. Statistical Analysis

Statistical analysis of cell failure rates is often necessary to determine whether a collection of cell incidents indicate a batch of cells with an elevated failure rate. If a cell batch with an elevated failure rate can be identified, it is possible to recall cells from that batch and replace them with cells that should[2] have a lower failure rate. The decision to consider a recall depends on several factors in addition to the actual expected failure rate, including the type and severity of the failure mode, the likelihood of potential harm to people, and damage to property. The original equipment manufactures and the Consumer Products Safety Commission (CPSC) will

take these and other factors into consideration to arrive at appropriate corrective actions. In one instance, a manufacturer had produced in excess of 30 million cells of a particular model, and had had three incidents. Two of those incidents occurred with cells made within a month of each other. The statistical analysis showed that despite the seemingly high frequency of occurrence of two of the inci-dents, the failure distribution remained consistent with a random failure distribution.

### III. CONCLUSIONS

Exponent has developed a systematic approach to Li-ion battery pack investigations that has proved useful in identifying the root cause(s) of many field failures. We have used this approach to differentiate between failures due to external abuse of the packs, and those caused by failures of pack electronics, or internal cell faults. Many of our internal cell fault investigations have yielded specific causes of fail-ures that could be correlated with particular manufacturing process irregularities, and have resulted in improvements at the manufacturing level, as well as removal of potentially susceptible battery packs from the stream of commerce.

### IV. REFERENCES

1. Darlin, D., "Dell Recalls Batteries Because of Fire Threat," The New York Times, August 14, 2006.
2. Kelley, R., "Apple recalls 1.8 million laptop batteries," CNNMoney.com, August 24, 2006: 4:38 PM EDT.
3. US Consumer Products Safety Commission, Release #06-231, "Dell Announces Recall of Notebook Computer Batteries Due to Fire Hazard," August 15, 2006.
4. US Consumer Products Safety Commission, Release #06-245, "Apple Announces Recall of Batteries Used in Previous iBook and PowerBook Computers Due To Fire Hazard," August 24, 2006.
5. NFPA 921 "Guide for Fire and Explosion Investigations," 2004 Edition, National Fire Protection Association, Quincy, MA, 2004.
6. ASTM E1188-05, "Standard Practice for Collection and Preservation of Information and Physical Items by a Technical Investigator," ASTM International, 2005.
7. ASTM E1459-92, "Standard Guide for Physical Evidence Labeling and Related Documentation," ASTM International, 1992.
8. Slee, D., "Printed Circuit Board Propagating Faults," Proceedings, 30th International Symposium for Testing and Failure Analysis (ISTFA), November 2004.

---

[2]    A new cell batch will actually have an unknown failure rate, so recall decisions must weigh the risk that the replacement cells may have a higher failure rate than those being replaced. For example, if a group of failures can be shown to be part of an "infant mortality group," and other cells from the batch have been in the field long enough, leaving unfailed units in the field may be safer than replacing them with other units of unknown failure rates.